

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2024
```

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Joseph V. Martino**
*Special Assistant Corporation Counsel*
Office: (212) 356-0878

**MEMORANDUM ENDORSED**

May 22, 2024

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *J.R. v. N.Y.C. Dep't of Educ. et al.,* 24-cv-1373(GHW)(RWL)

Dear Judge Woods:

  I am a Special Assistant Corporation Counsel in the Office of the Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant the New York City Department of Education in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et. seq.* ("IDEA"), as well as for this action.

  The parties respectfully submit that the Initial Pre-trial Conference ("IPTC") scheduled for May 30, 2024 at 2:00 p.m. as well as the parties' proposed case management plan ("CMP") due May 23, 2024 be adjourned *sine die*.

  The Court has already granted Defendants the time to answer the Complaint until June, 18, 2024 (ECF 9) on March 6, 2024. Since this is a fees-only case and liability appears not to be at issue, there is no need for discovery. Thus, the parties do not believe that an IPTC or CMP would be beneficial or necessary to resolve this matter. Indeed, this office has settled a majority of similar IDEA fees-only cases in recent years without the need to burden the court with any motion practice, and often without the need to attend conferences or to file a response to the Complaint. The parties are optimistic this matter will take the same course. The parties respectfully request that the Court adjourn *sine die* the IPTC and CMP.

  Thank you for considering this request.

                Respectfully submitted,

                /s/ *Joseph V. Martino*
                Joseph V. Martino
              Special Assistant Corporation Counsel

cc: Nicolas Apter-Vidler (via ECF)

Application granted in part.  The parties' request to adjourn the IPTC and the setting of a case management plan *sine die* is granted in part.  Dkt. No. 11.  The initial pretrial conference scheduled for May 30, 2024 is adjourned to July 25, 2024 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's February 25, 2024 order are due no later than July 18, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: May 22, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge