

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Joseph V. Martino**
*Special Assistant Corporation Counsel*
Office: (212) 356-0878

July 11, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2024
```

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   *J.R., et al. v. N.Y.C. Dep't of Educ. et al.,* 24-cv-1373 (GHW)(RWL)

Dear Judge Woods:

I am a Special Assistant Corporation Counsel in the Office of Acting Corporation Counsel, the Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

Defendants write on behalf of all parties to Respectfully request that the Court adjourn the Initial Pretrial Conference scheduled for July 25, 2024, and attendant submission of the Case Management Plan and proposed Scheduling Order. Plaintiff consents to this request. This is the second request for an extension of the Initial Pretrial Conference scheduled for July 25, 2024, and attendant submission of the Case Management Plan and proposed Scheduling Order. Your Honor granted the first request in part on May 22, 2024 (ECF No. 12) .

The parties have begun settlement discussions, and believe that the requested adjournment with allow time for the parties to continue those discussions and hopefully reach an agreement. We note that this case is essentially a simple fee application with no discovery and without liability at issue. Indeed, this office has settled many similar IDEA fees-only cases brought by plaintiffs represented by the Hyman firm in recent years without the need to burden the court with any motion practice or conferences. We note that this case is essentially a simple fee application with no discovery and without liability at issue.

Accordingly, Defendants respectfully request that the Court adjourn the Initial Pretrial Conference, and attendant Case Management Plan and proposed Scheduling Order to September 16, 2024.

Thank you for considering this request.

Respectfully submitted,

/s/
Joseph V. Martino
Special Assistant Corporation Counsel

cc:    Nicolas Apter-Vidler, Esq. (via ECF)

Application granted.  Defendants' request to adjourn the initial pretrial conference, Dkt. No. 15, is granted.  The initial pretrial conference scheduled for July 25, 2024 is adjourned to September 12, 2024 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's February 25, 2024 order are due no later than September 5, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated: July 11, 2024
New York, New York

GREGORY H. WOODS
United States District Judge